No. 700. JOURNEYMEN TAILORS LOCAL No. 195 OF THE AMALGAMATED CLOTHING WORKERS OF AMERICA ET AL. *v.* MILLER'S INC. See *ante,* p. 658.

No. 14, original. EX PARTE FORREST HOLIDAY. March 3, 1941. The motion for leave to file petition for writ of certiorari is granted. The motion to proceed *in forma pauperis* is granted and the petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted. *Forrest Holiday, pro se.*

No. 671. KINNEY, SECRETARY OF LABOR OF NEBRASKA, *v.* NEBRASKA EX REL. WESTERN REFERENCE & BOND ASSOCIATION, INC., ET AL. March 3, 1941. Petition for writ of certiorari to the Supreme Court of Nebraska granted. *Messrs. Walter R. Johnson,* Attorney General of Nebraska, and *Don Kelley,* Assistant Attorney General, for petitioner. *Mr. Walter Gordon Merritt* for respondents.

No. 714. CHRISTENSON, ADMINISTRATRIX, *v.* UNION PACIFIC RAILROAD Co. March 3, 1941. Petition for writ of certiorari to the Supreme Court of Nebraska granted. *Mr. Gordon A. Nicholson* for petitioner. *Mr. Thomas W. Bockes* for respondent.

No. 715. ARKANSAS CORPORATION COMMISSION ET AL. *v.* THOMPSON, TRUSTEE. March 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Jack Holt,* Attorney General of Arkansas, *Leffel Gentry,* Assistant Attorney General, *Henry L. Fitzhugh,* and *Joseph M. Hill* for peti-

tioners. *Messrs. Thomas T. Railey, Harvey G. Combs,* and *James M. Chaney* for respondent.

No. 740. GELFERT, EXECUTOR, *v.* NATIONAL CITY BANK OF NEW YORK. March 3, 1941. Petition for writ of certiorari to the Supreme Court of New York granted. *Mr. George Link, Jr.* for petitioner. *Mr. Barney B. Fensterstock* for respondent.

No. 741. KLAXON COMPANY *v.* STENTOR ELECTRIC MANUFACTURING CO., INC. March 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted, limited to the first question presented by the petition for the writ. *Messrs. James D. Carpenter, Jr.* and *John Thomas Smith* for petitioner. *Messrs. Murray C. Bernays* and *Paul Leahy* for respondent.

No. 556. EARLY, COLLECTOR OF INTERNAL REVENUE, *v.* REID. See *ante,* p. 661.

No. 729. LOMAX *v.* TEXAS. March 10, 1941. Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari to the Court of Criminal Appeals of Texas, granted. *Mr. F. S. K. Whittaker* for petitioner.

No. 718. BROOKS *v.* DEWAR ET AL. March 10, 1941. Petition for writ of certiorari to the Supreme Court of